```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 20-00235-HWV
Blair A Lauver                                                       Chapter 13
Jennifer E Minium
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke            Page 1 of 2            Date Rcvd: Mar 09, 2020
                              Form ID: ntcnfhrg          Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
```
db/jdb         +Blair A Lauver,    Jennifer E Minium,    281 Dell Street,    Mifflintown, PA 17059-8495
5293742        +AT&T,    c/o Creedence Resource Management,    17000 Dallas Parkway Suite 20,
                 Dallas, TX 75248-1938
5293744        +Bank of America,    PO Box 30770,    Tampa, FL 33630-3770
5293743        +Bank of America,    PO Box 2284,    Brea, CA 92822-2284
5293745        +Capital One Bank,    c/o Asset Recovery Solutions,    2200 E Devon Ave, Suite 200,
                 Des Plaines, IL 60018-4501
5293746        +Capital One Bank,    c/o The Bureaus Inc,    1717 Central Street,    Evanston, IL 60201-1507
5293747        +Comenity Bank/Second Round Sub,    c/o Pressler Felt & Warshaw,    7 Entin Road,
                 Parsippany, NJ 07054-5020
5293749        +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
5293750        +PEBTF Active Appeals,    Mailstop: APAED,    150 South 43rd Street,    Harrisburg, PA 17111-5708
5303812        +Pennsylvania Employees Benefit Trust Fund,    PEBTF,    150 South 43rd Street,
                 Harrisburg, PA 17111-5700
5293751        +Perry Pest Control,    1740 Landisburg Road,    Landisburg, PA 17040-9313
5293754         SLS,    PO Box 60535,    City of Industry, CA 91716-0535
5293756        +Synchrony Bank/Lowes,    c/o Global Credit & Collection Corp,    4839 North Elston Avenue,
                 Chicago, IL 60630-2534
5293758         UPMC Pinnacle,    PO Box 826813,    Philadelphia, PA 19182-6813
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2020 19:40:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5293748        +E-mail/Text: CollectionsCompliance@firstdata.com Mar 09 2020 19:36:08      Hollywood Pnrc,
                 c/o TRS Recovery Services Inc,    PO Box 60022,    City of Industry, CA 91716-0022
5301630         E-mail/Text: ktramble@lendmarkfinancial.com Mar 09 2020 19:33:41
                 Lendmark Financial Services, LLC,    2118 Usher Street,    Covington, GA 30014
5302965         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2020 19:40:35
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5293752         E-mail/Text: bankruptcynotices@psecu.com Mar 09 2020 19:35:55       PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
5303927        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 09 2020 19:35:47       QUICKEN LOANS INC.,
                 BANKRUPTCY TEAM,    635 WOODWARD AVE.,    DETROIT MI 48226-3408
5304945         E-mail/Text: bnc-quantum@quantum3group.com Mar 09 2020 19:35:28
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
5293753        +E-mail/Text: bankruptcyteam@quickenloans.com Mar 09 2020 19:35:47       Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
5294098        +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2020 19:41:04       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5293755        +E-mail/Text: bknotice@ercbpo.com Mar 09 2020 19:35:39       Synchrony Bank/AEO Inc,    c/o ERC,
                 PO Box 23870,    Jacksonville, FL 32241-3870
5293757        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2020 19:41:13
                 Synchrony Bank/Walmart,    c/o Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541-0914
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5307646*       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                      Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:

              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              James H Turner    on behalf of Debtor 1 Blair A Lauver pat@turnerandoconnell.com
              James H Turner    on behalf of Debtor 2 Jennifer E Minium pat@turnerandoconnell.com
              Mario J. Hanyon    on behalf of Creditor    Quicken Loans INC. pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    Quicken Loans INC. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Blair A Lauver, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:20−bk−00235−HWV |
| Jennifer E Minium, | |
| fka Jennifer E Minium, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 22, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 9, 2020 |

ntcnfhrg (03/18)