## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BLAIR A. LAUVER and : CHAPTER 13
JENNIFER E. MINIUM :
 Debtor(s) :
  :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
 Movant :
  :
 vs. :
  :
BLAIR A. LAUVER and :
JENNIFER E. MINIUM :
 Respondent(s) : CASE NO. 1-20-bk-00235


TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

  AND NOW, this 4th day of June, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

 1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

  a. Secured claims not in plan. (Wilmington Savings Fund/SLS)
   ($12,249.23 – Claim #10)

  WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

  a. Deny confirmation of debtor(s) plan.
  b. Dismiss or convert debtor(s) case.
  c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

  BY:   /s/James K. Jones
      Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this  4th  day of June, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Turner, Esquire
915 N. Mountain Road, Suite D
Harrisburg, PA   17112

                                      /s/Deborah A. Behney
                                      Office of Charles J. DeHart, III
                                      Standing Chapter 13 Trustee