# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Blair A Lauver and Jennifer E Minium fka Jennifer E Minium | Chapter: 13 |
| | Bankruptcy No.: 1:20-bk-00235-HWV |
| Debtors | 11 U.S.C. § 362 |

Quicken Loans, LLC

Movant

vs.

Blair A Lauver and Jennifer E Minium fka Jennifer E Minium

Debtors

and

Charles J. DeHart, III, Esquire (Trustee)

Trustee

RESPONDENTS

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)

To the Debtors, Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, Quicken Loans, LLC, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that s/he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices give or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

MAIL TO:
115 West Avenue, Suite 104
Jenkintown, PA 19046

Respectfully submitted,

 /s/ Chandra M. Arkema
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Chandra M. Arkema, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
carkema@squirelaw.com

Dated: October 20, 2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Blair A Lauver and Jennifer E Minium fka Jennifer E Minium | Chapter: 13 |
| | Bankruptcy No.: 1:20-bk-00235-HWV |
| Debtors | 11 U.S.C. § 362 |

Quicken Loans, LLC

Movant

vs.

Blair A Lauver and Jennifer E Minium fka Jennifer E Minium

Debtors

and

Charles J. DeHart, III, Esquire (Trustee)

Trustee

RESPONDENTS

## CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance and Request for Notice(s) electronically and/or via First Class Mail, postage prepaid.

Date Served:        10/20/2020

Charles J. DeHart, III, Esquire (Trustee)
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Blair A Lauver
281 Dell Street
Mifflintown, PA 17059

Jennifer E Minium
281 Dell Street
Mifflintown, PA 17059

James H. Turner
Turner and O`Connell
915 N Mountain Road
Suite D
Harrisburg,, PA 17112

I hereby certify the foregoing to be true and correct under penalty of perjury.

Respectfully submitted,

/s/ Chandra M. Arkema
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Chandra M. Arkema, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
carkema@squirelaw.com