United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Blair A Lauver  
Jennifer E Minium  
    Debtor(s)

Case No. 20-00235-HWV  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Dec 01, 2020      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5317337 | + | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

**Name**      **Email Address**

Chandra Marie Arkema  
     on behalf of Creditor Quicken Loans LLC carkema@squirelaw.com, tuhawkeye@msn.com

Charles J DeHart, III (Trustee)  
     TWecf@pamd13trustee.com

James Warmbrodt  
     on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com

James H Turner  
     on behalf of Debtor 1 Blair A Lauver pat@turnerandoconnell.com

James H Turner  
     on behalf of Debtor 2 Jennifer E Minium pat@turnerandoconnell.com

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor Quicken Loans INC. mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| Thomas Song | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. pamb@fedphe.com |
| Thomas Song | on behalf of Creditor Quicken Loans INC. pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-00235-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Blair A Lauver<br>281 Dell Street<br>Mifflintown PA 17059 | Jennifer E Minium<br>281 Dell Street<br>Mifflintown PA 17059 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 10: Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111

Name and Address of Transferee:

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111
Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/03/20

Terrence S. Miller
**CLERK OF THE COURT**