# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     BLAIR A LAUVER

            JENNIFER E MINIUM
            AKA: FKA JENNIFER E MINIUM

            Debtor(s)

            CHARLES J. DEHART, III            CHAPTER 13
            CHAPTER 13 TRUSTEE
            Movant            CASE NO: 1-20-00235-HWV

vs.

            BLAIR A LAUVER
             JENNIFER E MINIUM
            AKA: FKA JENNIFER E MINIUM
            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on March 4, 2021, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    March 4, 2021                    Respectfully submitted,

                                                                /s/    James K. Jones, Esquire
                                                                ID: 39031
                                                                Attorney for Movant
                                                                Charles J. DeHart, III
                                                                Standing Chapter 13 Trustee
                                                                8125 Adams Drive, Suite A
                                                                Hummelstown, PA 17036
                                                                Phone: (717) 566-6097
                                                                Fax: (717) 566-8313
                                                                eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     BLAIR A LAUVER
             JENNIFER E MINIUM
             AKA: FKA JENNIFER E MINIUM      CHAPTER 13

             Debtor(s)

             CHARLES J. DEHART, III             CASE NO: 1-20-00235-HWV
             CHAPTER 13 TRUSTEE
             Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

         April 14, 2021 at 09:35 AM
         This hearing will be held telephonically using Courtcall.

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

         **AMOUNT DELINQUENT AS OF LAST MONTH: $ 3104.18**
         **AMOUNT DUE FOR THIS MONTH: $594.42**
         **TOTAL AMOUNT DUE BEFORE HEARING DATE: $3698.60**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

     If **submitting payment by U.S. First Class Mail** mail to**:**
         **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

     If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

    Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    Phone: (717) 566-6097

Dated: March 4, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BLAIR A LAUVER

JENNIFER E MINIUM
AKA: FKA JENNIFER E MINIUM

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-20-00235-HWV

Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 4, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

JAMES H. TURNER, ESQUIRE
TURNER AND O'CONNELL
915 N MOUNTAIN ROAD, SUITE D
HARRISBURG, PA  17112-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA  17101

Served by First Class Mail

BLAIR A LAUVER
JENNIFER E MINIUM
281 DELL STREET
MIFFLINTOWN, PA  17059

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 4, 2021

Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BLAIR A LAUVER
JENNIFER E MINIUM
AKA: FKA JENNIFER E MINIUM

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-20-00235-HWV

vs.

BLAIR A LAUVER
JENNIFER E MINIUM
AKA: FKA JENNIFER E MINIUM

MOTION TO DISMISS

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.