UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:20-00235
    BLAIR A. LAUVER :
    JENNIFER E. MINIUM :
        Debtor :

## NOTICE OF ELECTION TO CONVERT CASE TO CHAPTER 7

    Debtors, Blair A. Lauver and Jennifer E. Minium, hereby gives notice pursuant to 11 U.S.C. Section 1307(a) that they hereby convert this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Date: 3/30/21                               /s/ Blair A. Lauver
                                                  Blair A. Lauver

                                                  /s/ Jennifer E. Minium
                                                  Jennifer E. Minium

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:20-00235
    BLAIR A. LAUVER :
    JENNIFER E. MINIUM :
        Debtor :

:

## SCHEDULE OF POST-PETITION DEBTS

The Debtor's post-petition debts are as follows:

| | |
|---|---|
| QAR<br>For Central Juniata EMS<br>PO Box 239<br>Gibbsboro, NJ 08026 | $920.00 |
| Quest Diagnostics<br>PO Box 740775<br>Cincinnati, OH 45274 | $23.00 |
| Family Practice Center<br>7 Dock Hill Road<br>Middleburg, PA 17842 | $45.00 |
| Team Health<br>Akron Billing Center<br>3585 Ridge Park Drive<br>Fairlawn, OH 44333 | $646.00 |

Central Juniata EMS        $920.00
PO Box 98
Enola, PA 17025

        Respectfully submitted,

        /s/ James H. Turner
        James H. Turner, Esquire
        Turner and O'Connell
        915 N Mountain Road, Suite D
        Harrisburg, PA  17112
        (717) 232-4551

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:20-00235
    BLAIR A. LAUVER :
    JENNIFER E. MINIUM :
        Debtor :

## **VERIFICATION**

    I, Blair A. Lauver and Jennifer E. Minium, declare under penalty of perjury that I have read this schedule and that the information therein is true and correct to the best of my knowledge, information and belief.

Date: 3/30/21                               /s/ Blair A. Lauver
                                                      Blair A. Lauver

                                                      /s/ Jennifer E. Minium.
                                                      Jennifer E. Minium

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:20-00235
   BLAIR A. LAUVER :
   JENNIFER E. MINIUM :
      Debtor :

## ORDER CONVERTING CASE

Upon motion of the above Debtor, and it having been determined that the above case should be converted, it is

ORDERED that this case be and it is hereby converted from a case under 11 U.S.C. Chapter 13 to a case under 11 U.S.C. Chapter 7, and it is further

ORDERED that the present Trustee be and is hereby discharged.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : BK. NO. 1:20-00235
    BLAIR A. LAUVER :
    JENNIFER E. MINIUM :
        Debtor :

## **CERTIFICATE OF SERVICE**

    I, James H. Turner, hereby certify that on this     day of March 2019, I served a true and correct copy of the foregoing Amendment to Bankruptcy Schedule by U.S. Mail, first class, postage prepaid, or e-mail addressed to the following:

Charles J. DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Trustee
Federal Building
228 Walnut Street
Harrisburg, PA 17101

QAR
For Central Juniata EMS
PO Box 239
Gibbsboro, NJ 08026

Quest Diagnostics
PO Box 740775
Cincinnati, OH 45274

Family Practice Center
7 Dock Hill Road
Middleburg, PA 17842

Team Health
Akron Billing Center
3585 Ridge Park Drive
Fairlawn, OH 44333

Central Juniata EMS
PO Box 98
Enola, PA 17025

                                                          /s/ James H. Turner, Esquire
James H. Turner
Turner and O'Connell
915 N Mountain Road, Suite D
Harrisburg, PA  17112
(717) 232-4551