**Employee**
Blair Lauver, 281 Dell Street, Mifflintown, PA 17059

Pay Period: 02/14/2021 - 02/20/2021        Pay Date: 02/22/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time | 40:00 | 10.00 | 400.00 | 3,200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Juniata County | -4.00 | -32.00 |
| Federal Withholding | -35.00 | -280.00 |
| Social Security Employee | -24.80 | -198.40 |
| Medicare Employee | -5.80 | -46.40 |
| PA - Withholding | -12.28 | -98.24 |
| PA - Unemployment Employee | -0.24 | -1.92 |
| | -82.12 | -656.96 |

Net Pay        317.88        2,543.04

Minium Autoparts LLC, 46 Supercenter Plaza, Suite C, Lewistown, PA 17044

# MINIUM AUTO PARTS LLC                        7165

**Employee**
Blair Lauver, 281 Dell Street, Mifflintown, PA 17059

Pay Period: 02/21/2021 - 02/27/2021        Pay Date: 03/01/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time | 40:00 | 10.00 | 400.00 | 3,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Juniata County | -4.00 | -36.00 |
| Federal Withholding | -35.00 | -315.00 |
| Social Security Employee | -24.80 | -223.20 |
| Medicare Employee | -5.80 | -52.20 |
| PA - Withholding | -12.28 | -110.52 |
| PA - Unemployment Employee | -0.24 | -2.16 |
| | -82.12 | -739.08 |

Net Pay        317.88        2,860.92

Minium Autoparts LLC, 46 Supercenter Plaza, Suite C, Lewistown, PA 17044

# MINIUM AUTO PARTS LLC                        7182

**Employee**
Blair Lauver, 281 Dell Street, Mifflintown, PA 17059

Pay Period: 02/28/2021 - 03/06/2021        Pay Date: 03/08/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight Time | 40:00 | 10.00 | 400.00 | 4,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Juniata County | -4.00 | -40.00 |
| Federal Withholding | -35.00 | -350.00 |
| Social Security Employee | -24.80 | -248.00 |
| Medicare Employee | -5.80 | -58.00 |
| PA - Withholding | -12.28 | -122.80 |
| PA - Unemployment Employee | -0.24 | -2.40 |
| | -82.12 | -821.20 |

Net Pay        317.88        3,178.80

Minium Autoparts LLC, 46 Supercenter Plaza, Suite C, Lewistown, PA 17044

# MINIUM AUTO PARTS LLC                        7218