United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Blair A Lauver  
Jennifer E Minium  
    Debtors

Case No. 20-00235-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 31, 2021      Form ID: 309A      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Blair A Lauver, Jennifer E Minium, 281 Dell Street, Mifflintown, PA 17059-8495 |
| aty | + | Chandra Marie Arkema, 435 Dudley Street, Philadelphia, PA 19148-2516 |
| aty | + | James Warmbrodt, 701 Market Street Suite 5000, Philadephia, PA 19106-1541 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Thomas Song, Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Suite 1400 Philadelphia, PA 19103-1814 |
| tr | + | Leon P. Haller (Trustee), Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| cr | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| cr | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Wilmington Savings Fund Society, FSB, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5293745 | + | Capital One Bank, c/o Asset Recovery Solutions, 2200 E Devon Ave, Suite 200, Des Plaines, IL 60018-4501 |
| 5293746 | + | Capital One Bank, c/o The Bureaus Inc, 1717 Central Street, Evanston, IL 60201-1507 |
| 5293747 | + | Comenity Bank/Second Round Sub, c/o Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5293749 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5293750 | + | PEBTF Active Appeals, Mailstop: APAED, 150 South 43rd Street, Harrisburg, PA 17111-5708 |
| 5303812 | + | Pennsylvania Employees Benefit Trust Fund, PEBTF, 150 South 43rd Street, Harrisburg, PA 17111-5700 |
| 5293751 | + | Perry Pest Control, 1740 Landisburg Road, Landisburg, PA 17040-9313 |
| 5366872 | + | Quicken Loans, LLC, c/o Chandra M. Arkema, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 5293754 | | SLS, PO Box 60535, City of Industry, CA 91716-0535 |
| 5377076 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5377077 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 5293756 | + | Synchrony Bank/Lowes, c/o Global Credit & Collection Corp, 4839 North Elston Avenue, Chicago, IL 60630-2534 |
| 5293758 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5317337 | + | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: pat@turnerandoconnell.com | Mar 31 2021 18:56:00 | James H Turner, Turner and O'Connell, 915 N Mountain Road, Suite D, Harrisburg, PA 17112 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Mar 31 2021 18:56:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | + | EDI: PRA.COM | Mar 31 2021 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5293742 | + | Email/Text: bankruptcy@credencerm.com | Mar 31 2021 18:57:00 | AT&T, c/o Creedence Resource Management, 17000 Dallas Parkway Suite 20, Dallas, TX 75248-1938 |
| 5293744 | + | EDI: BANKAMER.COM | Mar 31 2021 22:48:00 | Bank of America, PO Box 30770, Tampa, FL 33630-3770 |
| 5293743 | + | EDI: BANKAMER.COM | Mar 31 2021 22:48:00 | Bank of America, PO Box 2284, Brea, CA 92822-2284 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5313595 | | EDI: BANKAMER.COM | Mar 31 2021 22:48:00 | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 5318797 | + | EDI: PRA.COM | Mar 31 2021 22:48:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5293748 | + | Email/Text: CollectionsCompliance@firstdata.com | Mar 31 2021 18:57:00 | Hollywood Pnrc, c/o TRS Recovery Services Inc, PO Box 60022, City of Industry, CA 91716-0022 |
| 5319101 | | EDI: JEFFERSONCAP.COM | Mar 31 2021 22:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5301630 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 31 2021 18:56:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5302965 | | EDI: PRA.COM | Mar 31 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5293752 | | Email/Text: bankruptcynotices@psecu.com | Mar 31 2021 18:57:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5303927 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 31 2021 18:57:00 | QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 5304945 | | EDI: Q3G.COM | Mar 31 2021 22:48:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5293753 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 31 2021 18:57:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5294098 | + | EDI: RMSC.COM | Mar 31 2021 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5293755 | + | Email/Text: bknotice@ercbpo.com | Mar 31 2021 18:56:00 | Synchrony Bank/AEO Inc, c/o ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 5293757 | + | EDI: PRA.COM | Mar 31 2021 22:48:00 | Synchrony Bank/Walmart, c/o Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5307646 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chandra Marie Arkema | on behalf of Creditor Quicken Loans LLC carkema@squirelaw.com, tuhawkeye@msn.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com |
| James H Turner | on behalf of Debtor 1 Blair A Lauver pat@turnerandoconnell.com |
| James H Turner | on behalf of Debtor 2 Jennifer E Minium pat@turnerandoconnell.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Mario J. Hanyon | on behalf of Creditor Quicken Loans INC. wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. pamb@fedphe.com |
| Thomas Song | on behalf of Creditor Quicken Loans INC. pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

|  |  |  |  |
|---|---|---|---|
| Debtor 1: | Blair A Lauver | Social Security number or ITIN: | xxx–xx–9866 |
|  | First Name  Middle Name  Last Name | EIN: | __–_____ |
| Debtor 2: | Jennifer E Minium | Social Security number or ITIN: | xxx–xx–7909 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN: | __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13   1/23/20 |
| Case number: | 1:20–bk–00235–HWV | Date case converted to chapter: | 7   3/30/21 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          10/01/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   pacer.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  |  | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Blair A Lauver | Jennifer E Minium |
| 2. | **All other names used in the last 8 years** |  | fka Jennifer E Minium |
| 3. | **Address** | 281 Dell Street<br>Mifflintown, PA 17059 | 281 Dell Street<br>Mifflintown, PA 17059 |
| 4. | **Debtor's attorney**<br>Name and address | James H Turner<br>Turner and O'Connell<br>915 N Mountain Road<br>Suite D<br>Harrisburg, PA 17112 | Contact phone 717 232–4551<br><br>Email: pat@turnerandoconnell.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Leon P. Haller (Trustee)<br>Purcell, Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102 | Contact phone 717 234–4178<br><br>Email: lhaller@pkh.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

**Receiving Court Issued Orders and Notices by E-Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn-form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E-Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901-2800<br><br>Date: 3/31/21 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 10, 2021 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*Valid photo identification and proof of social security number are required* | Location:<br><br>**341 meeting will be held telephonically, Refer to the call-in instructions** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/9/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline** page **2**

Case 1:20-bk-00235-HWV    Doc 59    Filed 04/02/21    Entered 04/03/21 00:35:19    Desc
Imaged Certificate of Notice    Page 5 of 5