UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
HARRISBURG DIVISION

In re: BLAIR A LAUVER § Case No. 1:20-bk-00235
      JENNIFER E MINIUM §
       §
      Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

CHARLES J. DEHART, III, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 01/23/2020.

2) The plan was confirmed on 07/23/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 03/04/2021.

5) The case was converted on 03/30/2021.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

Case 1:20-bk-00235-HWV    Doc 61    Filed 04/07/21    Entered 04/07/21 19:00:43    Desc
Page 1 of 5

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 3,368.80 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 3,368.80 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,061.69 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 307.11 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,368.80 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| JAMES H. TURNER, ESQUIRE | Lgl | 0.00 | NA | NA | 3,061.69 | 0.00 |
| LENDMARK FINANCIAL SERVICES | Sec | 0.00 | 1,956.48 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 522.63 | 484.63 | 484.63 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,973.89 | 1,935.89 | 1,935.89 | 0.00 | 0.00 |
| PENNSYLVANIA EMPLOYEES | Pri | 0.00 | 1,747.16 | 1,747.16 | 0.00 | 0.00 |
| QUICKEN LOANS INC | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 0.00 | 1,763.15 | 1,763.15 | 0.00 | 0.00 |
| MARINER FINANCE, LLC | Uns | 3,466.00 | 3,560.84 | 3,560.84 | 0.00 | 0.00 |
| PSECU | Uns | 4,023.28 | 3,998.83 | 3,998.83 | 0.00 | 0.00 |
| BANK OF AMERICA | Sec | 12,500.00 | 12,181.79 | 11,599.80 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | 12,181.79 | 2,181.79 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP | Uns | 0.00 | 1,017.47 | 1,017.47 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 2,303.48 | 2,265.48 | 2,265.48 | 0.00 | 0.00 |
| QUICKEN LOANS INC | Sec | 80,000.00 | 85,148.99 | 629.57 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING | Sec | 9,781.85 | 12,249.23 | 12,249.23 | 0.00 | 0.00 |
| AT&T | Uns | 0.00 | 137.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,881.85 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SECOND ROUND SUB | Uns | 1,763.15 | NA | NA | 0.00 | 0.00 |
| HOLLYWOOD PNRC | Uns | 635.00 | NA | NA | 0.00 | 0.00 |
| PEBTF ACTIVE APPEALS | Uns | 1,747.16 | NA | NA | 0.00 | 0.00 |
| PERRY PEST CONTROL | Uns | 129.66 | NA | NA | 0.00 | 0.00 |
| UPMC | Uns | 150.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 12,878.80 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 11,599.80 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 24,478.60 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 1,747.16 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,747.16 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 17,208.08 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,368.80 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 3,368.80 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 04/07/2021    By: /s/ CHARLES J. DEHART, III
                         STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)