United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Blair A Lauver  
Jennifer E Minium  
    Debtors

Case No. 20-00235-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 14, 2021      Form ID: 318      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Blair A Lauver, Jennifer E Minium, 281 Dell Street, Mifflintown, PA 17059-8495 |
| cr | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| cr | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Wilmington Savings Fund Society, FSB, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5293745 | + | Capital One Bank, c/o Asset Recovery Solutions, 2200 E Devon Ave, Suite 200, Des Plaines, IL 60018-4501 |
| 5293746 | + | Capital One Bank, c/o The Bureaus Inc, 1717 Central Street, Evanston, IL 60201-1507 |
| 5293747 | + | Comenity Bank/Second Round Sub, c/o Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5293749 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5293750 | + | PEBTF Active Appeals, Mailstop: APAED, 150 South 43rd Street, Harrisburg, PA 17111-5708 |
| 5303812 | + | Pennsylvania Employees Benefit Trust Fund, PEBTF, 150 South 43rd Street, Harrisburg, PA 17111-5700 |
| 5293751 | + | Perry Pest Control, 1740 Landisburg Road, Landisburg, PA 17040-9313 |
| 5366872 | + | Quicken Loans, LLC, c/o Chandra M. Arkema, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 5293754 | | SLS, PO Box 60535, City of Industry, CA 91716-0535 |
| 5377076 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5377077 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 5293756 | + | Synchrony Bank/Lowes, c/o Global Credit & Collection Corp, 4839 North Elston Avenue, Chicago, IL 60630-2534 |
| 5293758 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5317337 | + | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 14 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5293742 | + | Email/Text: bankruptcy@credencerm.com | Jul 14 2021 18:45:00 | AT&T, c/o Creedence Resource Management, 17000 Dallas Parkway Suite 20, Dallas, TX 75248-1938 |
| 5293744 | + | EDI: BANKAMER.COM | Jul 14 2021 22:43:00 | Bank of America, PO Box 30770, Tampa, FL 33630-3770 |
| 5293743 | + | EDI: BANKAMER.COM | Jul 14 2021 22:43:00 | Bank of America, PO Box 2284, Brea, CA 92822-2284 |
| 5313595 | | EDI: BANKAMER.COM | Jul 14 2021 22:43:00 | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 5318797 | + | EDI: RECOVERYCORP.COM | Jul 14 2021 22:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5293748 | + | Email/Text: CollectionsCompliance@firstdata.com | Jul 14 2021 18:45:00 | Hollywood Pnrc, c/o TRS Recovery Services Inc, PO Box 60022, City of Industry, CA 91716-0022 |
| 5319101 | | EDI: JEFFERSONCAP.COM | Jul 14 2021 22:43:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Saint Cloud Mn 56302-9617 |
| 5301630 | | Email/Text: ktramble@lendmarkfinancial.com | Jul 14 2021 18:44:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5302965 | | EDI: PRA.COM | Jul 14 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5293752 | | Email/Text: bankruptcynotices@psecu.com | Jul 14 2021 18:45:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5303927 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 14 2021 18:45:00 | QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 5304945 | | EDI: Q3G.COM | Jul 14 2021 22:43:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5293753 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 14 2021 18:45:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5294098 | + | EDI: RMSC.COM | Jul 14 2021 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5293755 | + | Email/Text: bknotice@ercbpo.com | Jul 14 2021 18:45:00 | Synchrony Bank/AEO Inc, c/o ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 5293757 | + | EDI: PRA.COM | Jul 14 2021 22:43:00 | Synchrony Bank/Walmart, c/o Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5307646 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Quicken Loans LLC carkema@squirelaw.com, tuhawkeye@msn.com |
| James Warmbrodt | |

on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com

James H Turner

on behalf of Debtor 1 Blair A Lauver pat@turnerandoconnell.com

James H Turner

on behalf of Debtor 2 Jennifer E Minium pat@turnerandoconnell.com

Leon P. Haller (Trustee)

lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com

Mario J. Hanyon

on behalf of Creditor Quicken Loans INC. wbecf@brockandscott.com mario.hanyon@brockandscott.com

Rebecca Ann Solarz

on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

Thomas Song

on behalf of Creditor QUICKEN LOANS LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. tomysong0@gmail.com

Thomas Song

on behalf of Creditor Quicken Loans INC. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Blair A Lauver** | Social Security number or ITIN xxx–xx–9866 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jennifer E Minium** | Social Security number or ITIN xxx–xx–7909 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  Middle District of Pennsylvania

Case number: 1:20–bk–00235–HWV

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Blair A Lauver

Jennifer E Minium
fka Jennifer E Minium

**By the court:** *Henry W. Van Eck*

7/14/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**