United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00235-HWV |
| Blair A Lauver | Chapter 7 |
| Jennifer E Minium | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Blair A Lauver, Jennifer E Minium, 281 Dell Street, Mifflintown, PA 17059-8495 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Chandra Marie Arkema | on behalf of Creditor Quicken Loans LLC carkema@squirelaw.com, tuhawkeye@msn.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com |
| James H Turner | on behalf of Debtor 2 Jennifer E Minium pat@turnerandoconnell.com |
| James H Turner | on behalf of Debtor 1 Blair A Lauver pat@turnerandoconnell.com |

Leon P. Haller (Trustee)
　　　　lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com

Mario J. Hanyon
　　　　on behalf of Creditor Quicken Loans INC. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Rebecca Ann Solarz
　　　　on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

Thomas Song
　　　　on behalf of Creditor Quicken Loans INC. tomysong0@gmail.com

Thomas Song
　　　　on behalf of Creditor QUICKEN LOANS  LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. tomysong0@gmail.com

United States Trustee
　　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Blair A Lauver,  
    **Debtor 1**

Jennifer E Minium,  
fka Jennifer E Minium,  
    **Debtor 2**

Chapter 7

Case No. 1:20−bk−00235−HWV

Social Security No.:
    xxx−xx−9866      xxx−xx−7909

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

    **Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 11, 2021      By the Court,

Honorable Henry W. Van Eck  
Chief Bankruptcy Judge  
By: PamelaRadginski, Deputy Clerk

**fnldec** (10/20)